*E-FILED: April 20, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANICE EVANS,<br><br>        Plaintiff,<br>   v.<br><br>MARIA PEREZ dba TRINE'S CAFÉ #3; JOSEPH L. TOWNSEND and PATSY L. TOWNSEND, OR THEIR SUCCESSORS, TRUSTEES UNDER REVOCABLE TRUST AGREEMENT DATED DECEMBER 6, 1972,<br><br>        Defendants.<br>_____/ | No. C11-02730 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court is informed that this case has settled.

**On or before May 31, 2012**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **June 12, 2012, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than June 5, 2012**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a stipulated dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need

not file a joint statement in response to this Order.

SO ORDERED.

Dated: April 20, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-02730-HRL Notice has been electronically mailed to:

Anthony Jay Adair:     aadair@pahl-mccay.com

Tanya Eugene Moore:  tanya@moorelawfirm.com, jessica@moorelawfirm.com, paralegal@moorelawfirm.com, mary@moorelawfirm.com, marejka@moorelawfirm.com

Stephen Donald Pahl:   spahl@pahl-mccay.com,tmeek@pahl-mccay.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.